FILED

AUG 2 1 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-90753-D-7 |
| | ) | |
| JESSE ADRIAN WAGNER, | ) | |
| | ) | |
| Debtor. | ) | |
| ———————————————————— | ) | |
| | ) | |
| JESSE ADRIAN WAGNER, | ) | Adv. Pro. No. 08-9031-D |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CALIFORNIA STUDENT AID | ) | |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION</u>

On August 13, 2008, Jesse Adrian Wagner, the plaintiff in this adversary proceeding, filed an application for an order directing the California Department of Corrections and Rehabilitation, Sierra Conservation Center, and Warden Ivan C. Clay, to make the plaintiff available to appear by telephone at a status conference in this adversary proceeding on September 3, 2008, at 10:30 a.m. ("the Application"). The plaintiff also states in the Application that "good cause exists to allow debtor [the plaintiff] to appear by telephone."

- 1 -

1    In his declaration attached to the Application, the
2  plaintiff testifies to his present incarceration, to the
3  financial burden of transporting him to court for the hearing,
4  and to his prior appearances by telephone at an earlier status
5  conference in this adversary proceeding and at the meeting of
6  creditors in his parent bankruptcy case.

7    The court notes, first, that the status conference in this
8  adversary proceeding is now scheduled for October 9, 2008, at
9  11:00 a.m., not for September 3, 2008.  (A Notice of Rescheduled
10  Status Conference was served by the Clerk's Office on August 11,
11  2008, and in all likelihood, had not been received by the
12  plaintiff at the time he filed the Application.)

13    However, there is another hearing presently scheduled for
14  September 3, 2008, at 10:30 a.m. -- the motion of Educational
15  Credit Management Corporation to be substituted in as a party in
16  this adversary proceeding ("the Motion" or "the Motion to
17  Substitute").  The plaintiff has filed opposition to the Motion,
18  and it appears he intends to make an appearance at the hearing on
19  the Motion.  Thus, the court will construe the Application as a
20  request to appear by telephone at the hearing on the Motion.

21    The court has issued policies and procedures pursuant to
22  which attorneys and parties are permitted to appear by telephone
23  at most non-evidentiary hearings.  These policies and procedures
24  are available from the Clerk's Office and may also be found on
25  the court's website, www.caeb.uscourts.gov, under Court Calendars
26  -- Procedural Information.  For the convenience of the plaintiff,
27  who the court understands may have no access to the Internet, a
28  copy of the policies and procedures is attached hereto as

1  Exhibit A. Pursuant to these policies and procedures, the

2  plaintiff may appear by telephone at the hearing on the Motion to

3  Substitute.  No order is necessary.

4      The plaintiff's request for an order directing the

5  California Department of Corrections and Rehabilitation, Sierra

6  Conservation Center, and Warden Ivan C. Clay "to make Debtor

7  available by telephone for the hearing" will be denied.  The

8  court finds no basis for jurisdiction over the Department, the

9  Center, or the Warden that would allow the court to make such an

10  order.

11      Instead, the plaintiff may provide the appropriate prison

12  officials with copies of this decision and the attached

13  information and procedures re telephone appearances, so as to

14  facilitate his appearance.  The plaintiff will need to take the

15  steps necessary to appear by telephone at the hearing.

16

17  Dated: August 21, 2008        *Robert Bardwil*
                                 ROBERT S. BARDWIL
                                 United States Bankruptcy Judge

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF MAILING

      The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the US Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Michael McGranahan
P.O. Box 5018
Modesto, CA 95352

Jesse Adrian Wagner
CDCR# F-54554
5150 O'Byrnes Ferry Rd.
Jamestown, CA 95327

California Student Aid
P.O. Box 419032
Rancho Cordova, CA 95741

Chela/Afsa
501 Blecker St.
Utica, NY 13501

Citibank, N.A.
701 E 60th St. N
Suiox Falls, SD 57104

First Primeir Bank
501 S Minnesota Ave.
Suiox Falls, SD 57104

IDAPP
501 Clecker St.
Utica, NY 13501

Sallie Mae 3rd Party LSCF
1002 Arthur Dr.
Lynn Haven, FL 32444

University of Phoenix
4615 E Elwood St. Fl. 3
Phoenix, AZ 85040

VANRU
4415 S Wedler, #200
Tempe, AZ 85252

LVNV Funding
P.O. Box 10497
Greenville, SC 29603

HSBC NV
P.O. Box 19360
Portland, OR 92881

DATE: August 21, 2008

Andrea Lovgren

# Exhibit A

**OFFICE OF THE CLERK**
**U. S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
(Revised January 30, 2008)

**TELEPHONIC COURT APPEARANCE**
**THROUGH COURT CALL CONFERENCE SERVICE**

**I.      POLICIES AND PROCEDURES GOVERNING TELEPHONE APPEARANCES:**

Provided they adhere to these policies and procedures, attorneys and parties may appear by telephone in connection with most non-evidentiary hearings.  Unless a personal appearance is excused in advance, telephonic appearances are *not* allowed in the following instances:

1.      Initial Chapter 11 Status Conferences, debtor and debtor's counsel *must* appear in person.  Others may appear telephonically.

2.      Chapter 11 and 12 Confirmation Hearings.

3.      Pretrial Conferences (as distinguished from status conferences and trial setting conferences), trial counsel *must* appear in person except in the Fresno Division.

4.      Trials and Evidentiary Hearings.

5.      Any matter designated by the court as requiring a personal appearance.

If the court has issued a tentative ruling or prehearing disposition, each individual who appears telephonically shall have reviewed and shall be familiar with the tentative ruling or prehearing disposition.  Failure to comply with this requirement constitutes a waiver of the opportunity to appear telephonically at the hearing.

The deadline for scheduling telephonic appearances (see page 2) is independent of the issuance of tentative rulings and prehearing dispositions.  Late scheduling of a telephonic appearance is not justified by the fact that tentative rulings or prehearing dispositions have not been posted on the court's Internet site prior to the deadline for scheduling a telephone appearance.

If an individual who has scheduled a telephonic appearance does not respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear.  Scheduling simultaneous telephonic appearances in multiple courts or departments does not excuse a failure to appear when a matter is called on calendar. Individuals making use of the conference call service are cautioned that they do so at their own risk.  Hearings generally will not be rescheduled due to missed connections.

**II.    SCHEDULING A TELEPHONIC APPEARANCE:**

*You may schedule a telephonic appearance for any division or department by following the telephone or facsimile request instructions outlined below:*

*By Telephone*: Telephone appearances may be arranged by calling *Court Call* at (866) 582-6878.

*By Facsimile*: Use the court approved *Facsimile Request for Telephonic Appearance Form* located under the *Calendars* section of the court's web site at www.caeb.uscourts.gov and send it to *Court Call* at its facsimile number (888) 533-2946.

Whether arranged by telephone or by facsimile, the telephone appearance must be arranged 24 hours in advance.