FILED

JAN 16 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JESSE ADRIAN WAGNER,<br><br>        Debtor.<br>_____<br>JESSE ADRIAN WAGNER,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA STUDENT AID<br>COMMISSION, et al.,<br><br>        Defendants. | Case No. 08-90753-D-7<br><br><br><br><br><br><br>Adv. Pro. No. 08-9031-D |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION

On January 15, 2009, Jesse Adrian Wagner, the plaintiff in this adversary proceeding, filed an application for an order authorizing him to appear by telephone at an upcoming hearing, or in the alternative, for an order removing the upcoming hearing from calendar and taking the motion as submitted on the pleadings ("the Application"). The basis of the Application is that the plaintiff cannot appear in person at the hearing because he is incarcerated.

/ / /

In his memorandum of points and authorities, filed with the Application, the plaintiff cites several cases for the proposition that this court has jurisdiction to authorize appearances by telephone, and concludes with a request "that this court issue an order allowing plaintiff to appear by telephone."

In his supporting declaration, the plaintiff refers to California Judicial Council Form FL-679, a copy of which is attached to the declaration. This reference is apparently intended to suggest that this court make use of the same form. The form, however, is merely a means for requesting that a party to a family law proceeding be permitted to appear at a court hearing by telephone.

The plaintiff fails to appreciate that this court already has in place policies and procedures whereby parties may appear by telephone at most non-evidentiary hearings, including hearings such as the February 4, 2009 hearing that is the subject of the Application. The plaintiff needs no further order from this court in order to be allowed to appear by telephone on that date or at any other hearing that falls within the parameters set forth in the policies and procedures. In short, the plaintiff already has the relief he seeks.

The court has previously made the plaintiff aware of these policies and procedures, by reference in its Memorandum Decision filed August 21, 2008 in this adversary proceeding. For the plaintiff's convenience, an additional copy of the policies and procedures is attached hereto as Exhibit A. The plaintiff's request for an order authorizing him to appear by telephone will therefore be denied as moot (unnecessary).

     The plaintiff's request in the alternative for an order removing the hearing from calendar and deeming the motion submitted on the pleadings is similarly denied as moot.  Because the plaintiff may appear by telephone, there is no need to take this additional step.  As an aside, it bears mention that in some instances, where the court finds that oral argument would not be helpful, particular matters are removed from calendar.  The court issues pre-hearing dispositions where parties may ascertain, usually about 24 hours prior to the hearing time, whether their particular hearing has been removed from calendar or will go forward as scheduled.  These rulings may be found on the court's website, www.caeb.uscourts.gov, under the Pre-Hearing Dispositions tab.  The court advises the parties that the hearing scheduled for February 4, 2009 in this adversary proceeding will not be removed from calendar but will go forward.

     The plaintiff may provide the appropriate prison officials with copies of this decision and the attached information and procedures re telephone appearances, so as to facilitate his appearance.  The plaintiff will need to take the steps necessary to appear by telephone at the hearing.

Dated: January 16, 2009            _____
                                    ROBERT S. BARDWIL
                                    United States Bankruptcy Judge

# Exhibit A

OFFICE OF THE CLERK
U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
(Revised January 30, 2008)

TELEPHONIC COURT APPEARANCE
THROUGH COURT CALL CONFERENCE SERVICE

I. POLICIES AND PROCEDURES GOVERNING TELEPHONE APPEARANCES:

Provided they adhere to these policies and procedures, attorneys and parties may appear by telephone in connection with most non-evidentiary hearings. Unless a personal appearance is excused in advance, telephonic appearances are *not* allowed in the following instances:

1. Initial Chapter 11 Status Conferences, debtor and debtor's counsel *must* appear in person. Others may appear telephonically.

2. Chapter 11 and 12 Confirmation Hearings.

3. Pretrial Conferences (as distinguished from status conferences and trial setting conferences), trial counsel *must* appear in person except in the Fresno Division.

4. Trials and Evidentiary Hearings.

5. Any matter designated by the court as requiring a personal appearance.

If the court has issued a tentative ruling or prehearing disposition, each individual who appears telephonically shall have reviewed and shall be familiar with the tentative ruling or prehearing disposition. Failure to comply with this requirement constitutes a waiver of the opportunity to appear telephonically at the hearing.

The deadline for scheduling telephonic appearances (see page 2) is independent of the issuance of tentative rulings and prehearing dispositions. Late scheduling of a telephonic appearance is not justified by the fact that tentative rulings or prehearing dispositions have not been posted on the court's Internet site prior to the deadline for scheduling a telephone appearance.

If an individual who has scheduled a telephonic appearance does not respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear. Scheduling simultaneous telephonic appearances in multiple courts or departments does not excuse a failure to appear when a matter is called on calendar. Individuals making use of the conference call service are cautioned that they do so at their own risk. Hearings generally will not be rescheduled due to missed connections.

II. **SCHEDULING A TELEPHONIC APPEARANCE:**

*You may schedule a telephonic appearance for any division or department by following the telephone or facsimile request instructions outlined below:*

**By Telephone:** Telephone appearances may be arranged by calling *Court Call* at (866) 582-6878.

**By Facsimile:** Use the court approved *Facsimile Request for Telephonic Appearance Form* located under the *Calendars* section of the court's web site at www.caeb.uscourts.gov and send it to *Court Call* at its facsimile number (888) 533-2946.

Whether arranged by telephone or by facsimile, the telephone appearance must be arranged 24 hours in advance.

Case 08-09031    Filed 01/16/09    Doc 71

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the US Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Michael McGranahan
P.O. Box 5018
Modesto, CA 95352

Jesse Adrian Wagner
CDCR# F-54554
5150 O'Byrnes Ferry Rd.
Jamestown, CA 95352

California Student Aid
P.O. Box 419032
Rancho Cordova, CA 95741

Chela/Afsa
501 Blecker Street
Utica, NY 13501

Citibank N.A.
701 E. 60th Street, North
Suiox Falls, SD 57104

IDAPP
501 Blecker Street
Utica, NY 13501

Sallie Mae 3rd Party LSCF
1002 Arthur Drive
Lynn Haven, FL 32444

University of Phoenix
4615 E. Elwood St., Floor 3
Phoenix, AZ 85282

VANRU
4415 S. Wedler, Suite 200
Tempe, AZ 85282

LVNV Funding
P.O. Box 10497
Greenville, SC 29603

HSBC NV
P.O. Box 19360
Portland, OR 92881

Miriam Hiser
550 Montgomery St., Suite 650
San Francisco, CA 94111

First Premier Bank
501 S Minnesota Ave.
Suiox Falls, SD 57104

DATE: January 16, 2009

_____
Andrea Lovgren